UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81160-BLOOM/Valle

JAMES MEARS,

    Plaintiff,
v.

Y H TRADING, INC,

    Defendant.
_____/

## ORDER APPROVING CONSENT DECREE
## AND DISMISSAL OF DEFENDANT WITH PREJUDICE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice, ECF No. [18]. The Court has carefully considered the joint stipulation and the Consent Decree attached to the Joint Stipulation, *see* ECF No. [18-1], and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice is **GRANTED**.

2. The Consent Decree is **APPROVED AND ADOPTED** and Defendant Y H Trading, Inc. is **DISMISSED WITH PREJUDICE**.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:  Counsel of Record